United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID LOVELL, | Case No. 25-cv-05787-PHK |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER** |
| v. | |
| JEFFERY MACOMBER, | Re: Dkt. 6 |
| Defendant. | |

On July 9, 2025, Plaintiff David Lovell, who is representing himself *pro se* in this action, filed the Complaint in this lawsuit along with an application to proceed *in forma pauperis* ("IFP"). *See* Dkts. 1-2. The Court denied Plaintiff's IFP application on August 28, 2025 for failure to provide sufficient information regarding his assets and liabilities from which the Court could determine whether or not Plaintiff is entitled to IFP status. [Dkt. 6]. The Court granted Plaintiff leave to file an amended IFP application by no later than October 3, 2025. *Id.*

The October 3, 2025 deadline for filing an amended IFP application has passed by over ten days. To date, Plaintiff has neither filed an amended IFP application nor requested an extension of time from the Court to do so.

The Court's August 28, 2025 Order stated that "[s]hould Plaintiff fail to file an amended IFP application or pay the filing fee by **<u>OCTOBER 3, 2025</u>**, the Court may issue an order directing the Clerk to reassign this case to a District Judge along with a recommendation that this case be dismissed for failure to prosecute and/or comply with Court orders." *Id.* at 4 (emphasis in original). While the Court recognizes that Plaintiff is representing himself without a lawyer, the previous admonishment by the Court to Plaintiff continues to hold true.

United States District Court
Northern District of California

1    The Court possesses the inherent power to dismiss an action *sua sponte* if a plaintiff fails

2  to prosecute their action or fails to comply with court orders.  Fed. R. Civ. P. 41(b); *see Link v.*

3  *Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal.*

4  *Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).

5  Plaintiff was previously informed, and is warned again by this **ORDER TO SHOW CAUSE**, that

6  failure to comply with this Court's orders and failure to prosecute this case will result in negative

7  consequences for Plaintiff's case, including a recommendation from the undersigned for the

8  dismissal of this action.  Specifically, failure to respond to this Order to Show Cause and failure to

9  file an amended IFP application (or pay the filing fee) by the deadline will be found to be a failure

10  to comply with this Court's orders and a failure to prosecute this lawsuit, which will lead to

11  consequences adverse to Plaintiff's lawsuit.

12    Accordingly, the Court herein **ORDERS** that, by no later than **NOVEMBER 21, 2025**,

13  Plaintiff **SHALL EITHER** (1) file an amended IFP application which addresses and cures the

14  deficiencies noted by the Court's August 28, 2025 Order [Dkt. 5]; **OR** (2) forego IFP status and

15  pay the $405 filing fee; **OR** (3) file a written response to this Order to Show Cause explaining

16  why this action should not be dismissed for failure to prosecute this case or for failure to comply

17  with this Court's directives and orders.  To be clear, if Plaintiff files (by November 21, 2025) an

18  amended IFP application curing the deficiencies noted in the August 28, 2025 Order [Dkt. 6], the

19  filing of such an amended IFP application will be deemed to be a response to this Order to Show

20  Cause and no other written response would be necessary.

21    If Plaintiff needs additional time beyond November 21, 2025 to prepare and file an

22  amended IFP application, Plaintiff shall include in any written response filed by the November 21,

23  2025 deadline an explanation as to why and how much additional time is needed.

24    If Plaintiff fails to respond to this Order to Show Cause by the November 21, 2025

25  deadline set herein, the Court will issue a report and recommendation that this action be dismissed

26  for failure to prosecute and failure to comply with court orders, and the Court will order this case

27  be reassigned to a District Judge for consideration of and any action to be taken on that report and

28  recommendation.

The Clerk of Court is directed to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated:  October 15, 2025

_____
PETER H. KANG
United States Magistrate Judge